■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL LIMA, Appellant. [655 NYS2d 971] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Brill, J.), rendered March 22, 1995, convicting him of criminal sale of a controlled substance in the third degree (five counts) and criminal possession of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's claims regarding certain comments made by the prosecutor during summation are for the most part unpreserved for appellate review (see, CPL 470.05 [2]; People v Nuccie, 57 NY2d 818). In any event, the remarks constituted a legitimate response to the defense counsel's summation (see, People v Russo, 201 AD2d 512, affd 85 NY2d 872; People v Balnavis, 175 AD2d 134). Rosenblatt, J. P., Miller, Ritter and Copertino, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES LONG, Appellant. [655 NYS2d 972] —Appeal by the defendant from a judgment of the County Court, Orange County (Berry, J.), rendered September 7, 1995, convicting him of attempted criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). O'Brien, J. P., Ritter, Pizzuto and Altman, JJ., concur.